### BROWN *v.* DETTMERING *et al.*

GILBERT, J. The exception is to a judgment refusing an interlocutory injunction. The evidence being conflicting, the court did not err in refusing the injunction. *Judgment affirmed. All the Justices concur.*

No. 2687. FEBRUARY 15, 1922.

Petition for injunction.  Before Judge Searcy.  Fayette superior court.  May 30, 1921.

*W. B. Hollingsworth,* for plaintiff.

*J. W. Culpepper,* for defendants.